UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHANE HYATT,

                        Plaintiff,

   -v-                                    9:15-CV-89
                                             (DNH/DJS)

DAVID A. ROCK, Former Superintendent of
Upstate Correctional Facility; JAMES SPINNER,
JR., Lieutenant, Upstate Correctional Facility; J.
HEBERT, JR., Corrections Sergeant, Upstate
Correctional Facility; MICHAEL J. EDDY,
Corrections Sergeant, Upstate Correctional
Facility; DAVID BICKFORD, Former Corrections
Sergeant, Upstate Correctional Facility; TIMOTHY
RAMSDELL, Corrections Officer, Upstate
Correctional Facility; TIMOTHY ARQUITT,
Corrections Officer, Upstate Correctional Facility;
BETSY MITCHELL-ODDEY, Corrections Officer,
Upstate Correctional Facility; BRIAN M.
FOURNIER, Corrections Officer, Upstate
Correctional Facility; CASEY B. KEATING,
Corrections Officer, Upstate Correctional Facility;
JAMIE J. WILLETT, Corrections Officer, Upstate
Correctional Facility; RONALD LAROCQUE,
Corrections Officer, Upstate Correctional Facility;
ADAM C. RIPA, Corrections Officer, Upstate
Correctional Facility; DAVID GREENE, Corrections
Officer, Upstate Correctional Facility; WAYNE
PALMER, Corrections Officer, Upstate
Correctional Facility; and SCOTT D. LAMARE,
Corrections Officer, Upstate Correctional Facility,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

SHANE HYATT
Plaintiff pro se
05-A-4430
Five Points Correctional Facility
Caller Box 119
Romulus, NY 14541

HON. ERIC T. SCHNEIDERMAN                     CHRISTOPHER J. HUMMEL, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Shane Hyatt brought this civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2018, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by Report-Recommendation that defendant Rock's motion for summary judgment be granted and all claims against him be dismissed. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Defendant David A. Rock's motion for summary judgment is GRANTED and the amended complaint is DISMISSED as against him.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 23, 2018
       Utica, New York.